**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ANDERSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>JOHN DOE SHERIFF, L.A. COUNTY;<br>JOHN DOE #2 KEEPER OF RECORDS,<br><br>         Defendants. | CASE NO. CV 13-03498 CBM (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: March 4, 2014

                                              _____
                                              CONSUELO B. MARSHALL
                                              UNITED STATES DISTRICT JUDGE