**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ANDERSON, ) | CASE NO. CV 13-03498 CBM (RZ) |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| JOHN DOE SHERIFF, L.A. COUNTY; ) | |
| JOHN DOE #2 KEEPER OF RECORDS, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: March 4, 2014

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE